FILED
CLERK, U.S. DISTRICT COURT

JAN 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )     Case No.: *CR 08 - 1460*
                              )
                Plaintiff,    )
                              )     ORDER OF DETENTION
        vs.                   )
                              )
*Derrick Tyrone Norwood,*     )
                              )
                Defendant.    )
_____ )

I.

A.   ( )   On motion of the Government in a case allegedly involving:

     1.   ( )   a crime of violence.

     2.   ( )   an offense with maximum sentence of life imprisonment or death.

     3.   (X)   a narcotics or controlled substance offense with maximum sentence
               of ten or more years.

     4.   ( )   a felony where defendant convicted of two or more prior offenses
               described above.

B.   ( )   On motion by the Government in a case allegedly involving:

     1.   ( )   A serious risk defendant will flee.

     2.   ( )   A serious risk defendant will:

          a.   ( )   Obstruct or attempt to obstruct justice.

          b.   ( )   Threaten, injure or intimidate a prospective witness or juror, or

1     attempt to do so.

2   C.    The Government (X) is ( ) is not entitled to a rebuttable presumption that no

3         condition or combination of conditions will reasonably assure defendant's

4         appearance as required and the safety or any person or the community.

5                                          II.

6         The Court finds that no condition or combination of conditions will reasonably

7   assure:

8   A.    (X)   The appearance of defendant as required.

9   B.    (X)   The safety of any person or the community.

10                                         III.

11        The Court has considered:

12  A.    The nature and circumstances of the offenses;

13  B.    The weight of evidence against the defendant;

14  C.    The history and characteristics of the defendant; and

15  D.    The nature and seriousness of the danger to any person or the community.

16                                         IV.

17        The Court has considered all the evidence adduced at the hearing and the

18  arguments and/or statements of counsel.

19                                          V.

20        The Court bases the foregoing finding(s) on the following:

21  A.    (X)   Flight risk: _insufficient bail resources, 10 yr mand_

22  _minimum sentence, extensive substance abuse_

23  _history_

24

25  B.    (X)   Danger: _nature of offenses (21 USC 841, 18 USC 924(c)),_

26  _possession of loaded AK-47, prior criminal_

27  _history, substance abuse history, insufficient_

28  _bail resources._

1  C.  (X) See also Pretrial Services Report/recommendation.

2  D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the

3  presumption provided by statute.

4  VI.

5  A.  The Court finds that a serious risk exists that defendant will:

6  1.  ( ) obstruct or attempt to obstruct justice.

7  2.  ( ) threaten, injure, or intimidate a witness/juror.

8  3.  ( ) attempt to threaten, injure, or intimidate a witness/juror.

9  B.  The Court bases the foregoing finding(s) on the following:

10  _____

11  _____

12  _____

13  4.  ( ) See also Pretrial Services Report/recommendation.

14  VII.

15  A.  IT IS THEREFORE ORDERED that defendant be detained prior to trial.

16  B.  IT IS FURTHER ORDERED that defendant be committed to the custody of the

17  Attorney General for confinement in a corrections facility separate, to the extent

18  practicable, from persons awaiting or serving sentences or being held in custody

19  pending appeal.

20  C.  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity

21  for private consultation with counsel.

22  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on

23  request of any attorney for the Government, the person in charge of the corrections

24  facility in which defendant is confined deliver defendant to a United States

25  Marshal for the purpose of an appearance in connection with a court proceeding.

26  DATED: ___1/13/09___

27  HONORABLE OSWALD PARADA
   United States Magistrate Judge

28

3